Max H. Stern (SBN 154424)
Jessica E. La Londe (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   MHStern@duanemorris.com
          JELalonde@duanemorris.com

Attorneys for Defendant
Universal Underwriters Insurance Company

William W. Palmer (SBN 146404)
**LAW OFFICE OF WILLIAM W. PALMER**
1241 Carter Road
Sacramento, CA 95864
Telephone: 916.972.0761
Facsimile: 415.972.0877
E-Mail:   wpalmer@palmercorp.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHER AUTO GROUP, INC., | Case No.: 2:08-cv-02349-FCD-EFB |
| Plaintiff, | **STIPULATION AND ORDER (SECOND) TO CONTINUE HEARING DATE ON MOTION TO REMAND** |
| v. | |
| ZURICH DIRECT UNDERWRITERS, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, AMANDA HUENFELD, KEN BARNES, STEVE MCCOY, TRACY HANSEN, TOM BOHM, and DOES 1 through 100, inclusive, | Judge: Hon. Frank C. Damrell, Jr.
Complaint Filed:   July 2, 2008 |
| Defendants. | |

///

///

///

///

///

DM1\1523685.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This stipulation is entered into by and between plaintiff Lasher Auto Group, Inc. ("Plaintiff") and defendant Universal Underwriters Insurance Company ("UUIC") by and through their respective counsel of record as follows:

WHEREAS, on or about July 2, 2008, Plaintiff filed this action in the Superior Court of California for the County of Sacramento, which was served on defendant UUIC on September 4, 2008;

WHEREAS, on October 2, 2008, UUIC filed an answer to Plaintiff's complaint;

WHEREAS, on October 3, 2008, UUIC removed this action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441;

WHEREAS, to date, Plaintiff has not served any other defendant in this action and no other defendant has appeared in this action;

WHEREAS, on November 4, 2008, Plaintiff filed a Motion to Remand, which was previously set for January 16, 2009;

WHEREAS, on December 9, 2008, Plaintiff and UUIC filed a Stipulation and Proposed Order to continue the hearing on the Motion to Remand to February 20, 2009 to allow time to engage in settlement discussions;

WHEREAS, on December 11, 2008, the Court signed the Order continuing the hearing date on the Motion to Remand to February 20, 2009;

WHEREAS, since that time, Plaintiff and UUIC have made limited progress on settlement discussions, notwithstanding the holiday season;

WHEREAS, UUIC's Opposition to the Motion to Remand is currently due February 3, 2009, and Plaintiff and UUIC believe that rather than expending resources to engage in briefing for the Motion to Remand at this time, the parties should continue to engage in settlement discussions that could potentially resolve this matter in toto;

WHEREAS, Plaintiff and UUIC believe that interests of efficiency and economy dictate that the hearing on the Motion to Remand be continued to allow additional time for Plaintiff and UUIC to conduct settlement discussions;

WHEREAS, Plaintiff and UUIC wish to continue the hearing on the Motion to Remand to April 3, 2009, or on the Court's first available date thereafter;

IT IS THEREFORE STIPULATED AND AGREED that the Court enter an order as follows:

(1) The hearing date on Plaintiff's Motion to Remand is continued from February 20, 2009 to April 3, 2009, or on the Court's first available date thereafter.

The parties may enter into and present to the Court additional stipulations to modify the hearing date, if warranted.

The parties hereby request that the Court adopt the above-referenced stipulation as the Order of this Court.

Respectfully submitted,

Dated: January 23, 2009         **DUANE MORRIS LLP**

By: _____
Max H. Stern
Jessica E. La Londe
Attorneys for Defendant
Universal Underwriters Insurance Company

Dated: January 23, 2009         **LAW OFFICE OF WILLIAM W. PALMER**

By:      /s/ William W. Palmer
William W. Palmer
Attorney for Plaintiff
Lasher Auto Group, Inc.

# **ORDER**

Based on the foregoing Stipulation, and good cause appearing therefore, the hearing on Plaintiff's Motion to Remand is continued until **April 17, 2009 at 10:00 a.m**.

**IT IS SO ORDERED.**

Dated:  January 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE