Max H. Stern (SBN 154424)
Jessica E. La Londe (SBN 235744)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:  MHStern@duanemorris.com
         JELalonde@duanemorris.com

Attorneys for Defendant
Universal Underwriters Insurance Company

William W. Palmer (SBN 146404)
**LAW OFFICE OF WILLIAM W. PALMER**
1241 Carter Road
Sacramento, CA 95864
Telephone: 916.972.0761
Facsimile: 415.972.0877
E-Mail:  wpalmer@palmercorp.com

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LASHER AUTO GROUP, INC., | Case No.: 2:08-cv-02349-FCD-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO TAKE MOTION TO REMAND OFF-CALENDAR** |
| v. | |
| ZURICH DIRECT UNDERWRITERS, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, AMANDA HUENFELD, KEN BARNES, STEVE MCCOY, TRACY HANSEN, TOM BOHM, and DOES 1 through 100, inclusive, | Judge: Hon. Frank C. Damrell, Jr.<br>Complaint Filed: July 2, 2008 |
| Defendants. | |

///

///

///

///

///

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This stipulation is entered into by and between plaintiff Lasher Auto Group, Inc. ("Plaintiff") and defendant Universal Underwriters Insurance Company ("UUIC") by and through their respective counsel of record as follows:

WHEREAS, on or about July 2, 2008, Plaintiff filed this action in the Superior Court of California for the County of Sacramento, which was served on defendant UUIC on September 4, 2008;

WHEREAS, on October 2, 2008, UUIC filed an answer to Plaintiff's complaint;

WHEREAS, on October 3, 2008, UUIC removed this action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441;

WHEREAS, to date, Plaintiff has not served any other defendant in this action and no other defendant has appeared in this action;

WHEREAS, on November 4, 2008, Plaintiff filed a Motion to Remand, which was originally set for hearing on January 16, 2009;

WHEREAS, on December 9, 2008, Plaintiff and UUIC filed a Stipulation and Proposed Order to continue the hearing on the Motion to Remand to February 20, 2009, to allow time to engage in settlement discussions;

WHEREAS, on December 11, 2008, the Court signed the Order continuing the hearing date on the Motion to Remand to February 20, 2009;

WHEREAS, on January 23, 2009, Plaintiff and UUIC filed a second Stipulation and Proposed Order to continue the hearing on the Motion to Remand to April 3, 2009, because the parties had continued to make some progress on settlement discussions;

WHEREAS, on January 23, 2009, the Court signed the Order continuing the hearing date on the Motion to Remand, setting the hearing for April 17, 2009;

WHEREAS, on March 26, 2009, Plaintiff and UUIC filed a third Stipulation and Proposed Order to continue the hearing on the Motion to Remand to May 15, 2009, because the parties had continued to make some progress on settlement discussions;

///

1  WHEREAS, on March 30, 2009, the Court signed the Order continuing the hearing date on
2  the Motion to Remand, setting the hearing for May 15, 2009;

3  WHEREAS, Plaintiff and UUIC have reached a settlement in principle that will resolve this
4  matter in toto;

5  WHEREAS, Plaintiff and UUIC wish to take the hearing on the Motion to Remand off-
6  calendar;

7  IT IS THEREFORE STIPULATED AND AGREED that the Court enter an order as follows:

8  (1) Plaintiff's Motion to Remand is taken off-calendar.

9  The parties may enter into and present to the Court additional stipulations to re-set the
10 hearing date, if warranted.

11 The parties hereby request that the Court adopt the above-referenced stipulation as the Order
12 of this Court.

13 Respectfully submitted,

15 Dated: April 28, 2009                    **DUANE MORRIS LLP**

                                   By:    /s/ Jessica E. La Londe
                                          Max H. Stern
                                          Jessica E. La Londe
                                          Attorneys for Defendant
                                          Universal Underwriters Insurance Company

20 Dated: April 28, 2009                    **LAW OFFICE OF WILLIAM W. PALMER**

                                   By:    /s/ William W. Palmer
                                          William W. Palmer
                                          Attorney for Plaintiff
                                          Lasher Auto Group, Inc.

# **ORDER**

Based on the foregoing Stipulation, and good cause appearing therefore, Plaintiff's Motion to Remand is taken off-calendar.

**IT IS SO ORDERED.**

Dated: April 29, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE